PROB 12B
(7/93)

Report Date: August 29, 2007

# United States District Court

for the

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Luis Aguilar                     Case Number: 2:06CR00097-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 5/1/2007                Type of Supervision:

Original Offense: Distribution of a Mixture or     Date Supervision Commenced:
Substance Containing Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 14 Months; TSR - 36    Date Supervision Expires:
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include
     a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but
     not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements
     of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On August 27, 2007, the U.S. Probation Office was contacted by the offender's case manager at Federal Correctional Institution (FCI) Sheridan in Sheridan, Oregon. The case manager indicated that the offender had no place to live upon his release from prison on October 17, 2007. On August 28, 2007, this officer called and spoke with the offender at FCI Sheridan. He agreed to sign the modification upon receipt of the document from this officer.

Respectfully submitted,

by  *[signature]*

U.S. Probation Officer
Date: August 29, 2007

Prob 12B
**Re: Aguilar, Luis
August 29, 2007
Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

9/13/07
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____ CSW          Signed: _____
                Witness                              Luis Aguilar
                                          Probationer or Supervised Releasee

9-5-07
Date